AMERICAN PHYTOTHERAPY RE-
SEARCH LABORATORY, INC. and
Basic Research, Inc., Plaintiffs–Appel-
lants,

v.

IMPACT NUTRITION, INC. and Bart
Harcourt, Defendants–Appellees.

No. 02–1453.

United States Court of Appeals,
Federal Circuit.

Aug. 30, 2002.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-
MISSED under Fed. R.App. P. 42(b).